MICHAEL BORISH, Respondent, v. NAT GARFINKEL and Others, Appellants. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

EVELYN D. TREDWELL, Appellant, v. HARRY FRIEDMAN and Others, Respondents. — Order reversed, with twenty dollars costs and disbursements, and motion granted to the extent of compelling defendants to turn over the August rent. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [152 Misc. 166.]

HYMAN SCHAPIRO, Suing for Himself as Stockholder, and All Other Stockholders of THE RUBEROID COMPANY in Like Situation Who May Choose to Make Themselves Parties to this Action, Respondents, v. THE RUBEROID COMPANY, a New Jersey Corporation, and Others, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MADELINE MAISON, Appellant, v. JULIUS MAROFSKY, Also Known as JULIUS MIROFSKY, or JULIUS MAROF or MIROF, Doing Business, etc., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JACK S. ROFE, Respondent, v. HAGOP K. KEVORKIAN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

WESLEY G. BOYER, Respondent, v. ALAN HARCOURT BLACK and Another, Defendants, Impleaded with PHILLIPSE E. GREENE, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HAROLD GOODMAN, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Order modified by granting items 1 and 2 of the notice of motion, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ALFONSO PERQUIDI, Plaintiff, v. MAREX REALTY CORPORATION and Another, Respondents, Impleaded with JARCHO BROS., INC., Appellant, and KILAR CONSTRUCTION COMPANY, INC., and Others, Defendants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

GASTON AJO, Respondent, v. EMANUEL F. ROSENBAUM, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

GASTONE AJO, Doing Business as GIULIO AJO (DITTA), Respondent, v. EMANUEL F. ROSENBAUM, Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.